U.S. Department of Justice
United States Attorney
Northern District of Georgia

ORIGINAL

FILED IN CHAMBERS
U.S.D.C. Atlanta

NOV - 3 2011

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

11/3/11
Date Submitted

# In the United States District Court
## For The Northern District of Georgia

United States of America

v.

SAMUEL J. CRUMP

Indictment/Information

CR **2:11-CR-44**

11/3/11
Date of Indictment

## REQUEST FOR ARRAIGNMENT – IN MARSHALS CUSTODY

**DEFENDANT IN MARSHALS CUSTODY**

Samuel J. Crump
(Name)

Hall County
(Institution)

11/3/11
(Date Verified)

**ATTORNEY FOR DEFENDANT**

_____
(Name)

_____
(Address)

( ) SUPERSEDING INDICTMENT
( ) COMPANION CASE with Indictment No. CR _____

Other defendants previously arraigned (or now set for arr.)

CATEGORY OF CASE    ( ) Short    ( ) Medium    ( ) Long

Assistant U.S. Attorney handling case Jeffrey A. Brown
(for additional defendants--use supplemental sheet)

Special Date Requested: _____

Form No. USA-40-19-35a