

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

UNITED STATES OF AMERICA

vs.

SAMUEL J. CRUMP
RAY H. ADAMS

CRIMINAL ACTION
NO. 2:11-CR-044-RWS

## NOTICE OF SPECIALLY SET TRIAL

The above criminal action is hereby specially set for trial before the Honorable Richard W. Story on Monday, September 23, 2013 at 9:30 a.m., in Courtroom 303, United States Courthouse, 121 Spring Street, Gainesville, Georgia.

This the 15th day of July, 2013

JAMES N. HATTEN, CLERK

s/ Rick Goss
**Courtroom Deputy Clerk
404/215-1349**